# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN B. ODOMS,

    *Plaintiff*,

vs.

STATE OF NEVADA, *et al.*

    *Defendants*.

2:10-cv-01785-JCM-RJJ

ORDER

Plaintiff has filed a civil rights complaint. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint. The action in any event is not cognizable under 42 U.S.C. § 1983, because plaintiff is seeking to challenge the validity and duration of his confinement, with plaintiff expressly seeking modification of his sentence. *See,e.g., Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to the filing of a new properly commenced action with either the required filing fee or a properly completed application to proceed *in forma pauperis*.

The clerk shall send plaintiff two copies each of an *in forma pauperis* application form for a non-prisoner, a blank noncapital Section 2254 petition form, and a blank Section 1983 complaint form, along with the instructions for each form and a copy of the complaint.

The clerk shall enter final judgment accordingly.

DATED December 21, 2010.

_____
JAMES C. MAHAN
United States District Judge